UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OWEN HART,

        **Plaintiff,**

vs.                                                                      Case No. 8:09-cv-2720-T-27TBM

BAPUJI, INC.,

        **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 25) submitted by the Magistrate Judge recommending that Plaintiff's Verified and Corrected Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (Dkt. 20) be granted in part and denied in part. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation (Dkt. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Plaintiff's Verified and Corrected Application for Attorney's Fees, Costs, Expert Witness Fees and Litigation Expenses (Dkt. 20) is **GRANTED** in part and **DENIED** in part.

(3)     Plaintiff is awarded in attorney's fees in the amount of $11,940.00 and costs in the amount of $1,755.00.

**DONE AND ORDERED** this 5th day of June, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record